# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00252-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  MIGUEL ANGEL RAMIREZ-GUIZAR,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 21, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing is now set for **February 24, 2011**, at 1:30 p.m.; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: January 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.