**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00252-REB-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  MIGUEL ANGEL RAMIREZ-GUIZAR,

      Defendant.

---

**MINUTE ORDER**[1]

---

On February 24, 2011, the court conducted a telephonic setting conference to reset the Change of Plea Hearing in this matter. After conferring with counsel for the government and a representative with scheduling authority for counsel for the defendant, and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Change of Plea Hearing is set for **May 20, 2011,** at 8:00 a.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: February 24, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.